FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

00 JUL 17 AM 10 4

U.S. DISTRICT COURT
N.D. OF ALABAMA

LIEUTENANT DUKES, JR.,           }

    Plaintiff,               }

v.                               }     CIVIL ACTION NO.
                                 }
                                 }     00-AR-0887-S
UNITED STATES DEPARTMENT OF      }
LABOR, et al.,                   }
                                 }
    Defendants.              }

ENTERED

JUL 17 2000

## MEMORANDUM OPINION

On July 14, 2000, the court heard oral argument on defendants'
motion to dismiss and plaintiff's objection to that motion.
Because plaintiff is *pro se*, he was and is given the benefit of
every doubt.  His only explanation for his repetitive filings in
this court is that he now has evidence that he did not have when
Judge Blackburn of this court dismissed virtually the same, if not
exactly the same, action.  This court takes judicial notice of all
pleadings and orders in the cases filed in  this court.  The
defense of *res judicata*, which this court endeavored to explain to
plaintiff during oral argument, is available to a defendant on
motion to dismiss if the prior proceeding relied upon as the
defense was in the same court.  It is clear that plaintiff is
presenting the same claim he has already unsuccessfully presented.

If plaintiff's complaint is construed to be a collateral

1

14

attack on prior judgments of this court, it fails to state such a claim and is not susceptible to successful amendment to state such a claim.

A separate order granting defendants' motion will be entered.

DONE this ___17___ day of July, 2000.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2